IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIAN BARTON,**<br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., WEBBANK, CAVALRY PORTFOLIO SERVICES, LLC, FORTIVA FINANCIAL LLC, THE BANK OF MISSOURI, DISCOVER BANK AND MONTGOMERY WARD,**<br>　　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  20-966** |

## O R D E R

**AND NOW**, this 3rd day of June, 2020, upon consideration of Defendant Discover Bank's Motion to Compel Arbitration and Stay Proceedings (ECF No. 45), Plaintiff's Response in Opposition (ECF No. 46), and Defendant's Reply in Further Support (ECF No. 53), **IT IS ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that:

1. The parties shall engage in limited discovery on the question of arbitrability, to be completed no later than August 2, 2020.

2. Following limited discovery, Defendant may renew its motion. ¶

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**