IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIAN BARTON,**<br>            **Plaintiff,**<br><br>            v.<br><br>**TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. WEBBANK, CAVALRY PORTFOLIO SERVICES, LLC, FORTIVA FINANCIAL LLC, THE BANK OF MISSOURI, DISCOVER BANK AND MONTGOMERY WARD,,**<br>            **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  20-966** |

## ORDER

**AND NOW**, this 9th day of July 2020, upon consideration of Quakertown Police Department's Motion to Quash Subpoena (ECF 56) and Plaintiff Brian Barton's Response thereto (ECF 58), **IT IS ORDERED** that Quakertown Police Department's motion is **DENIED**.

                                                            BY THE COURT:

                                                            /s/Wendy Beetlestone, J.

                                                            _____
                                                            **WENDY BEETLESTONE, J.**

1